# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

JANE DOE,

      Plaintiff,

      v.

DERREK DARNELL HAMMOND and
~~UNITED STATES OF AMERICA~~,

      Defendants.

Case No. 24-11490

Honorable F. Kay Behm
Magistrate Judge Kimberly G. Altman

---

Todd F. Flood (P58555)
Attorneys for Plaintiff
Flood Law PLLC
155 W. Congress Ste. 350
Detroit, Michigan 48226
(248) 547-1032
tflood@floodlaw.com

---

## ORDER ALLOWING PLAINTIFF ADDITIONAL TIME TO FILE BRIEF AND EXHIBITS TO ESTABLISH DAMAGES

Pursuant to this Honorable Court's Text-Only Order issued on November 25, 2025, Plaintiff requires additional time to collect materials to be filed to establish damages:

1

2

IT IS HEREBY ORDERED that Plaintiff shall file any briefing and exhibits

to establish their damages without a hearing on or before December 22, 2025.

IT IS SO ORDERED

Date: December 12, 2025                              s/F. Kay Behm
                                                    F. Kay Behm
                                                    United States District Judge