UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JANE DOE,  Case No. 24-11490

    Plaintiff,  Hon. F. Kay Behm

v.  United States District Judge

DEREK D. HAMMOND,

    Defendant.
_____ /

## **JUDGMENT**

It is **ORDERED** that, in accordance with the Order granting default judgment filed on this same day, judgment is entered in favor of Plaintiff and against Defendant in the amount of $250,421.48. Post-judgment interest will accrue as permitted by law. *See* 28 U.S.C. § 1961.

**SO ORDERED**.

Date: January 29, 2026

    s/F. Kay Behm
    F. Kay Behm
    United States District Judge